IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EJM Farms, Inc. | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:16-CV-00255 |
| | ) | |
| | ) | |
| v. | ) | **Stipulated Order Extending** |
| | ) | **Time for Plaintiff to Identify Expert** |
| Loren & Colette Jessen d/b/a | ) | |
| Jessen Unlimited, | ) | |
| | ) | |
| Michael Wegener Implement, Inc. | ) | |
| | ) | |
| Titan Machinery, Inc. | ) | |
| Defendant(s). | ) | |

Pursuant to the Parties' Stipulation the Court finds and Orders that Plaintiff's deadline to identify an expert witness shall be extended to October 19, 2016.

IT IS SO ORDERED

October 19, 2016.

BY THE COURT:

_____
Cheryl R. Zwart
United States Magistrate Judge

       Telephone: (402)333-4774
       Fax: (402) 330-5515
       amitchell@andersonbressman.com

       TITAN MACHINERY, INC., Defendant and Cross Defendant

By:   s/Gregory S. Frayser
       Gregory S. Frayser - #24400
       CLINE WILLIAMS WRIGHT
         JOHNSON & OLDFATHER, L.L.P.
       1900 U.S. Bank Building
       233 S. 13th Street
       Lincoln, NE 68508
       (402) 474-6900
       gfrayser@clinewilliams.com

       MICHAEL WEGENER IMPLEMENT, INC., Defendant

By: s/ Trevor Perkins
TREVOR PERKINS, #25295
DUDDEN AND FAIR, PC, LLO
914 East A Street
P.O. Box 60
Ogallala, NE 69153
Ph: 308-284-6061
Fx: 308-284-2648
trevor@duddenandfair.com