IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EJM FARMS, INC., <br><br>           Plaintiff, <br><br>vs. <br><br>LOREN JESSEN, MICHAEL WEGENER IMPLEMENT, INC., TITAN MACHINERY, INC., AND COLETTE JESSEN, <br><br>           Defendants. | **8:16CV255** <br><br>**ORDER** |

IT IS ORDERED that the parties' joint motion, (Filing No. 48), is granted as follows:

1)  The deadlines for providing full expert disclosures as required by Fed. R. Civ. P. 26(a)(2)(B) and 26(a)(2)(C) are extended as follows:

    | | |
    |---|---|
    | Plaintiff: | January 6, 2017 |
    | Defendants: | March 6, 2017 |
    | Cross Defendant: | April 15, 2017 |

2)  The written discovery deadline is extended to March 31, 2017, with the motion to compel discovery deadline is extended to April 15, 2017.
    **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)  The deposition deadline is extended to April 24, 2017;

4)  The deadline for filing motions to dismiss and motions for summary judgment is extended to May 1, 2017; and

5)  The deadline for filing motions to exclude testimony on Daubert and related grounds is extended to April 24, 2017.

6)  The trial and pretrial conference will be re-scheduled during the conference call which remains scheduled to be held on January 24, 2017 at 10:30 a.m.

January 3, 2017.                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge