IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EJM FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOREN JESSEN, MICHAEL WEGENER IMPLEMENT, INC., TITAN MACHINERY, INC., and COLETTE JESSEN, <br><br> Defendants. | **8:16CV255** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is extended to May 1, 2017. Motions to compel Rule 33 through 36 discovery must be filed by May 15, 2017. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) Defendants' deadline for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to May 17, 2017.

3) Plaintiff's deadline for disclosing any rebuttal experts (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is May 31, 2017.

April 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge