IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EJM FARMS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>LOREN JESSEN, MICHAEL WEGENER IMPLEMENT, INC., TITAN MACHINERY, INC., and COLETTE JESSEN,<br><br>        Defendants. | 8:16CV255<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) The motion to continue the trial filed by Colette Jessen, Loren Jessen, and Michael Wegener Implement, Inc. (Filing No. 90), is granted. The trial and pretrial conference are continued pending further order of the court.

2) Defendants' anticipated summary judgment motions shall be filed on or before August 18, 2017.

July 28, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge