IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EJM FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOREN JESSEN, MICHAEL WEGENER IMPLEMENT, INC., TITAN MACHINERY, INC., and COLETTE JESSEN, <br><br> Defendants. | 8:16CV0255 <br><br> ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by Alton E. Mitchell, as counsel of record for Plaintiff EJM Farms, Inc. (Filing No. 104), is granted.

2) Plaintiff, a corporation, cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before October 17, 2017, Plaintiff shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may dismiss its claims without further notice.

3) Alton E. Mitchell shall promptly mail a copy of this order to Plaintiff, and file a certificate of service stating the date and the manner of service.

Dated this 26th day of September, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge