IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EJM FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOREN JESSEN, TITAN MACHINERY, INC., and COLETTE JESSEN, <br><br> Defendants. | **8:16CV255** <br><br> **ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **March 4, 2019,** or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **February 19, 2019 at 1:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 127) to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), in either Word Perfect or Word format, by 5:00 p.m. on February 15, 2019.

3) The settlement conference previously scheduled for November 19, 2018 is re-scheduled and is set to commence before Cheryl R.

Zwart, United States Magistrate Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m. on February 4, 2019.** counsel shall submit a confidential settlement statement to the undersigned by email to zwart@ned.uscourts.gov no later than January 30, 2019, setting forth the relevant positions of the parties concerning factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that have been conveyed.

Dated this 10th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge