IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EJM FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LOREN JESSEN, TITAN MACHINERY, INC., and COLETTE JESSEN, <br><br> Defendants. | **8:16CV255** <br><br> **ORDER** |

On February 26, 2019, the parties advised the court that this case is settled. In response to this notice, the court ordered the parties to file a joint stipulation for dismissal, or other dispositive stipulation, within 30 days, or on or before March 28, 2019. After that date passed without the filing of dismissal papers, the court has sent reminder emails to counsel.

To date, the parties have not filed their stipulation for dismissal.

Accordingly,

IT IS ORDERED that the parties are given until April 25, 2019 to file their joint stipulation for dismissal, or other dispositive stipulation, in the absence of which this case will be promptly dismissed with prejudice without further notice.

April 22, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge